IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

  v.  Case No.  14-cv-353-wmc

THE GORDY'S COUNTRY MARKET
GROCEY STORE AND JANE DOE,

    Defendants.

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Michael Young's complaint for lack of subject matter jurisdiction.

  /s/  November 5, 2014

Peter Oppeneer, Clerk of Court  Date